No. 79–5266.  SMITH *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 78–1585.  LOUISIANA *v.* FEDERAL ENERGY REGULATORY COMMISSION; and

No. 78–1681.  TEXAS *v.* FEDERAL ENERGY REGULATORY COMMISSION.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE STEWART took no part in the consideration or decision of these petitions.  Reported below: 587 F. 2d 716.

No. 78–1662.  CHEVRON U. S. A., INC., ET AL. *v.* ANDRUS, SECRETARY OF THE INTERIOR, ET AL.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 78–1724.  CITRONELLE-MOBILE GATHERING, INC. *v.* GULF OIL CORP. ET AL.  C. A. 5th Cir.  Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 78–1878.  SEBRING UTILITIES COMMISSION ET AL. *v.* FEDERAL ENERGY REGULATORY COMMISSION.  C. A. 5th Cir. Certiorari denied.  MR. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 78–1464.  ILLINOIS *v.* GENERAL PAVING CO. ET AL. C. A. 7th Cir.  Motion of Cumberland Farms Dairy, Inc., et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.  MR. JUSTICE STEWART and MR. JUSTICE BLACKMUN would grant certiorari.

No. 78–1562.  CITRONELLE-MOBILE GATHERING, INC. *v.* GULF OIL CORP. ET AL.  Temp. Emerg. Ct. App.  Certiorari denied.  MR. JUSTICE WHITE would grant certiorari.  MR. JUSTICE STEWART took no part in the consideration or decision of this petition.